IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-974-JPG-DGW |
| ) | |
| JOHN LAKIN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Compel filed by Defendants on June 23, 2016 (Doc. 25). The Motion is **GRANTED IN PART**.

Defendants served discovery requests upon Plaintiff at the Madison County Jail, which was his address of record at the time the requests were served, on March 15, 2016. While Plaintiff responded to interrogatories, he did not respond to requests to produce. Plaintiff also has failed to respond to the Motion to Compel within the time provided by Local Rule 7.1.

Plaintiff is **ORDERED** to respond to the requests to produce by **November 10, 2016**. Plaintiff is **WARNED** that the failure to fully respond to the requests to produce by the deadline may result in sanctions including dismissal of this suit for want of prosecution.

**DATED: October 24, 2016**

*Donald Wilkerson* (signature)

**DONALD G. WILKERSON**
**United States Magistrate Judge**