IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN STEWART,

        Plaintiff,

    v.                                  Case No. 15-cv-974-JPG-MAB

JOHN LAKIN, GARY BOST, and MIKE
TASSONE,

        Defendants.

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and a jury having rendered a verdict as to others,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Mike Tassone and against plaintiff John Stewart on Count 1, a Fourteenth Amendment claim for failing to take any steps to prevent the attack on plaintiff John Stewart after being notified of a threat, and that this claim is dismissed with prejudice; and

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants John Lakin and Gary Bost, in their individual and official capacities on Count 2, a Fourteenth Amendment claim for maintaining conditions, policies, and practices at the Madison County Jail that allowed dangerous inmates to attack plaintiff John Stewart and that left him with no ability to summon jail officers for help, and that this claim is dismissed with prejudice.

**DATED:  June 18, 2019**

                                      **MARGARET M. ROBERTIE, Clerk of Court**

                                      **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**